April 16, 2005

04-1407 SLR

AARP Foundation Litigation
Volunteer Legal Review Program
P.O. Box 50228-B6
Washington, DC 20091-0228

Dear Volunteer:

Enclosed, please find a copy of my case.

I will be 75 in June, while about a 10 year AARP member, as well as a 12 year resident at Main Towers, 330 East Main Street, Newark, DE 19711 (apartment 321). I have no telephone.

If AARP is interested in scams concerning the confiscation of my SS/SSI funds in violation of the anti-attachment laws, please let me know.

Delaware National Bank is located at NEWARK, DE, 281 East Main Street, 19711, with a main office in Georgetown, DE.

Part of this Bank's scam was an attempt to enter my safety deposit box, without my permission and without a warrant. They sent me a notice to mail them my 2 keys. I was completly horrified. This, all over a $5.00 and about $10.00 overdraft fully paid for — confiscated from my account — I owed them nothing more! I went out of my mind — if they would do this, they would drill my box, if I refused to send the keys!

Finally, I realized I had a special 911 emergency cell-phone. At 2:00 AM, I desperately called Newark Police Dept. The police then took me into the Bank and put a stop to this kind of terrorism in America. Now, a year later, I still have nightmares about these people putting hands on my most precious articles and all the money I had left.

They did much more to me. But I am alone, with no legal help to amend my original Complaint by May 15. At this time, I have no idea what a legal claim or frivolous means. Can you do anything for me? Sincerely, Raymond Braconier

CC: Honorable Sue L. Robinson; self



Mr. Raymond L. Braconier
330 E Main St Apt 321
Newark, DE 19711

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570





19801+3570