ORIGINAL

In The United States District Court
For The District Of Delaware

Raymond Braconier

Plaintiff

v.

Delaware National Bank, INC.
Paul Mylander, Chairman of the Board CEO
Mark Huntley, CEO
Mary Murphy, Manager

Defendants

Civ. No. 04-1407-SLR

FILED
2005 MAY 12 PM 3:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Amended Complaint

1. This action is in the nature of injunctive and declaratory relief.

### Jurisdiction

2. Jurisdiction is proper in this Court, pursuant to 28 U.S.C. § 1332.

### Venue

3. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(a).

## Parties

4. Plaintiff, Raymond Braconier, is a citizen of Delaware.

5. Defendant, Delaware National Bank, is incorporated in Delaware, and it is a subsidy of Fulton Financial Corporation. DNB's principal place of business is located in Delaware.

6. Plaintiff alleges that all other defendants are citizens of Delaware, and their principal place of business is located in Delaware.

7. Defendant, Paul Nylander, is the Chairman for DNB.

8. Defendant, Mark Huntley, is CEO for DNB.

9. Defendant, Mary Murphy, is a Manager for DNB.

## Grounds For Relief

10. Plaintiff requests injunctive relief to prevent further suffering due to DNB and Mary Murphy's threats on January 7, 2004, warning Plaintiff that he will be "handcuffed and arrested" if he ever speaks to Mary's employees again, and if he ever enters upon the property of her Newark Bank again.

2

11. On January 9, 2004, Defendant, Mary Murphy made false statements to Plaintiff and to the police.

12. Between January 9, 2004 and about January 12, 2004, Mary Murphy instigated or participated in a DNB plan to enter the sanctity of Plaintiff's Safety Deposit Box, without permission; without Plaintiff's presence, and without a warrant.

    In disbelief and totally out of mind, Plaintiff finally gathered his thoughts enough to remember that he had a special cell-type phone for an emergency call to police at about 2:AM the next morning. The policeman immediately came as soon as possible, took Plaintiff into DNB, and deprived them of any opportunity to enter or drill into the Safety Deposit Box above mentioned.

13. Plaintiff denies any wrongfull behavior concerning DNB claims.

14. Plaintiff desires no monetary relief from Defendant, Mary Murphy.

## Discussion

15. Within the Records Division of the Newark Police Department there should be some available and valuable evidence in favor of the Plaintiff, while research and investigation has and should continue to reveal wrongful motives in the form of circumstantial evidence, whereby Plaintiff prays that it does not appear 'beyond doubt that Plaintiff can prove no set of facts in in support of his claim which would entitle him to relief'.

For example, circumstantial evidence based on the fact that DNB had no warrant, or Plaintiff could not have entered his Safety Deposit Box before DNB did.

16. With vehemence, Rule 11 supports the merit of the above mentioned facts in a manner that should protect serious litigants from dangerous and frivolous lawsuits, while Eestelle v. Gamble and Conley v. Gibson are also safety nets as this Court quoted on page 4 of the Memorandum Order, dated April 11, 2005.

4.

## Conclusion

WHEREFORE, Plaintiff respectfully requests the Court adjudge:

(1) That each of the defendants be permanently restrained from instituting any action against Plaintiff.

(2) That Plaintiff recovers his fees, costs and expenses; and

(3) That Plaintiff has such other and further relief as may be just and proper in the premises.

Raymond Brasnier

330 East Main St., #321
Newark, DE 19711
(no telephone)
Dated: May 12, 2005

SWORN AND SUBCRIBED to on this day of _13th_ May, 2005

Mary L. Dash
NOTARY PUBLIC

MARY L. DASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 8, 2008

In The United States District Court
For The District of Delaware

Raymond Braconier

Plaintiff

v.

Delaware National Bank, et al

Defendants

Civ. No. 04-1407-SLR

### Affidavit

Plaintiff, Raymond Braconier, hereby declares under penalty of perjury that all defendants were served a copy of his Amended Complaint, with a Notice of Lawsuit and Request for Waiver of Service of Summons, by United States certified mail at Wilmington, Delaware on this day of 5/2/05.

Raymond Braconier
330 East Main Street, #321
Newark, DE 19711
(no telephone)
Dated: May 12, 2005

SWORN AND SUBCRIBED to on this day of 12th May, 2005.

Mary L. Dash
NOTARY PUBLIC
MARY L. DASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 8, 2008