In The United States District Court
For The District Of Delaware

Raymond Braconier

Plaintiff

v.                                    CIV. NO. 04-1407-SLR

Delaware National Bank, et al

Defendants

## Request To Correct Error

Conclusion (3) on the last page of Plaintiff's Amended Complaint, dated May 12, 2005, should read as follows:

"That Plaintiff is entitled to $100,000 for pain and suffering; punitive damages, and" has such other and further relief as may be just and proper in the premises.

_Raymond Braconier_
330 East Main Street, #321
Newark, DE 19711
(No telephone)
Dated: May 16, 2005

## Conclusion

WHEREFORE, Plaintiff respectfully requests the Court adjudge:

(1) That each of the defendants be permanently restrained from instituting any action against Plaintiff.

(2) That Plaintiff recovers his fees, costs and expenses; and

(3) That Plaintiff is entitled to $100,000 for pain and suffering; punitive damages, and has such other and further relief as may be just and proper in the premises.

Raymond Bonnier
330 East Main Street, #321
Newark, DE 19711
(no telephone)
Dated: May 16, 2005

Sworn to and Subscribed this 16th day of May, 2005.

Deborah A. Houtman
Notary Public

DEBORAH A. HOUTMAN
NOTARY PUBLIC
STATE OF DELAWARE
Commission Exp. Sept. 28, 2005



# POLICE DEPARTMENT
## CITY OF NEWARK

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / 302-366-7100 / Fax 302-366-7115

WE ARE UNABLE TO GRANT YOUR REQUEST FOR A COPY OF A POLICE REPORT(S) FOR THE FOLLOWING REASON(S):

* Unable to locate report with information provided.

* Loss location is not in our jurisdiction - Suggest you try:_____

* No report was written - Log entry only

* Incorrect dollar amount remitted. Please resubmit request with proper dollar amount of $_____.

* Comments/Suggests:_____
  Jan 16   Ofc Schwagel   366-7110 ext 406
  Jan 9    Ofc Larue      366-7110 ext 447

NEWARK POLICE DEPARTMENT
RECORDS DIVISION
302-366-7101

A Council-Manager City