5/9/05

Office of the Clerk:

Enclosed please find copies of 2 letters with proof of service for

1:04-CV-01407-SLR

Thankyou,
Raymond Braconier, Plaintiff



RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5/9/05

Newark Police Dept.
Records Division
220 Elkton Road
Newark, DE

To Whom it May Concern:

As Plaintiff, in my case against Delaware National Bank in Newark, I need the names of two police officers that should be on your records on or about January 11, 2004.

Both are witnesses as follows:

(1) The Officer sent to my apartment in Main Towers by that Bank that day

(2) The Officer who, after my emergency call, took me into that Bank shortly thereafter, against Delaware National Bank efforts to invade the sanctity of my Safety Deposit Box, without my permission, presence, or a warrant.

The Dept. of Records can be assured that, as witnesses, I will not embarrass these officers.

Sincerely,
Raymond Draconier
330 East Main St., #321
Newark, DE 19711
(No phone)

CC: U.S. District Court, Wilmington

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Raymond Braconier
330 East Main Str., #321
Newark, DE 19711

One piece of ordinary mail addressed to:

Newark Police Dept.
Records Division
220 Elkton Road
Newark, DE 19711

Postmark: NEWARK, DE 06980 FEDERAL USPS MAY 11 2005

U.S. POSTAGE PAID NEWARK, DE 19711 MAY 11 '05 AMOUNT $0.90  0001 41 42-03

PS Form **3817**, January 2001

5/9/05

Robert A. Glen, Commissioner
Office of the State Bank Commissioner
555 E. Loockerman Street
Suite 210
Dover, DE 19901

Dear Commissioner:

    As Plaintiff, I am investigating my Delaware National Bank documents filed with your Office by Senator Sorensen on or about January 9, 2004, and later.

    This is a request, under the Freedom of Information Act, to copy my file at a certain time and place at your convenience; alternatively, please explain why it was destroyed, lost, or delivered to anyone other than the Senator or me.

    Thankyou for your help and your attempt to investigate.

                  Sincerely,
                    Raymond Braconier
                    330 East Main St., #321
                    Newark, DE 19711

CC: U.S. District Court, Wilmington, DE

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER

Received From:

Raymond Bnconier
330 East Main St., #321
Newark, DE 19711

One piece of ordinary mail addressed to:

Robert A. Glen, Bank Commissioner
555 East Lockeman Street
Suite 220
Dover, DE 19901

PS Form 3817, Mar. 1989

Postmark: NEWARK, DE FEDERAL STA. USPS — MAY 11, 2005

U.S. POSTAGE PAID NEWARK, DE 19711 — MAY 11, 05 — AMOUNT $0.90 — 000141 42-03