May 16, 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

1:04-CV-1407-SLR

Please bring the enclosed documents to Judge Robinson as soon as possible.

Very truly yours,

Raymond Draconier
330 East Main St., #321
Newark, DE 19711
(no telephone)

*Also enclosed are the names of the two police witnesses. (original)