U.S. District Court
District of Delaware

Notice of filing by U.S. mail to the Office of the Clerk on 6/6/05.

Case Name: Braconier v. DE National Bank, et al
Case Number: 1:04-cv-1407 SLR

Please file the enclosed documents to the appropriate files.

Thankyou,
Raymond Braconier, Pro-Se
RAYMOND BRACONIER
330 East Main Street, #321
Newark, DE 19711
(No telephone)


RECEIVED JUN 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE