

**STATE OF DELAWARE**

**OFFICE OF THE STATE BANK COMMISSIONER**

555 E. LOOCKERMAN STREET, SUITE 210
DOVER, DELAWARE 19901

Web: www.state.de.us/bank

TELEPHONE: (302) 739 - 4235
FAX: (302) 739 - 3609

May 23, 2005

Mr. Raymond L. Braconier
Apt. 321
330 E. Main Street
Newark, Delaware 19711-8407



Re:   Delaware National Bank

Dear Mr. Braconier:

In response to your May 9, 2005 letter, we searched our files for documents related to your 2004 complaint to Senator Sorenson about Delaware National Bank. Enclosed are copies of all of the documents we located that are related to your complaint.

Very truly yours,

Robert A. Glen
State Bank Commissioner

Enclosures



Mr. Raymond L. Braconier
330 E Main St Apt 321
Newark DE 19711

U.S.M.S.



FIRST CLASS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

